# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 6, 2023

Lyle W. Cayce
Clerk

No. 22-20069

Osteostrong Franchising, L.L.C.; Osteostrong International, Incorporated, *a Delaware corporation*; Kyle Zagrodzky,

*Plaintiffs—Appellants,*

*versus*

Gary Andrew Rhodes, *Et al.*,

*Defendants,*

Ronald Berger; Charles Berger; Osteo Fit AG,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-465

_____

Before Ho, Oldham, and Douglas, *Circuit Judges.*

Per Curiam:[*]

Affirmed. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.